CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2013

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IRA WAYNE CLONIGER, ) | Civil Action No. 7:13cv00046 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **2254 FINAL ORDER** |
| ) | |
| HAROLD W. CLARKE, DIRECTOR ) | |
| OF VIRGINIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**, and this matter shall be **STRICKEN** from the court's active docket. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED.**

ENTER: March 27, 2013.

_____
UNITED STATES DISTRICT JUDGE