CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IRA WAYNE CLONIGER, | Civil Action No. 7:13cv00046 |
| Petitioner, | |
| v. | **2254 FINAL ORDER** |
| HAROLD W. CLARKE, DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**, and this matter shall be **STRICKEN** from the court's active docket. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: March 27, 2013.

_____
UNITED STATES DISTRICT JUDGE